## AMERICAN DIAMOND EXCHANGE, INC. *v.* SCOTT ALPERT ET AL.

The petition by the defendant Jurgita Karobkaite for certification for appeal from the Appellate Court, 101 Conn. App. 83 (AC 25768), is denied.

*Steven D. Ecker*, in support of the petition.

*William F. Gallagher* and *Hugh D. Hughes*, in opposition.

Decided September 5, 2007

## CHARLES R. KLINE *v.* GERTRUDE KLINE

The defendant's petition for certification for appeal from the Appellate Court, 101 Conn. App. 402 (AC 25792), is denied.

SCHALLER, J., did not participate in the consideration or decision of this petition.

*Livia D. Barndollar*, in support of the petition.

Decided September 5, 2007

## STATE OF CONNECTICUT *v.* ROGER P. COTE

The defendant's petition for certification for appeal from the Appellate Court, 101 Conn. App. 527 (AC 26152), is denied.

*Jennifer C. Vickery*, special public defender, in support of the petition.

*Melissa L. Streeto*, assistant state's attorney, in opposition.

Decided September 5, 2007